**MGM WELL SERVICES, INC.,
Plaintiff–Appellee,**

v.

**MEGA LIFT SYSTEMS, LLC,
Defendant–Appellant.**

No. 2007–1367.

United States Court of Appeals,
Federal Circuit.

Feb. 19, 2008.

J. Dean Lechtenberger, Howrey LLP, of Houston, TX, argued for plaintiff-appellee. With him on the brief were Richard

L. Stanley, Eric S. Schlichter, and Tyler T. VanHoutan.

Charles W. Alworth, Alworth Law & Engineering, of Tyler, TX, argued for defendant-appellant.

Before NEWMAN, SCHALL, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See Fed. Cir. R. 36.*